IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA D. GUARIN, For Graesyn Laine Guarin; <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security Administration; <br><br> Defendant. | 8:20CV346 <br><br> ORDER |

This matter is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis. (Filing No. 2.) Upon consideration,

**IT IS ORDERED:**

1. Plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2) is granted. The Complaint shall be filed without payment of fees.

2. The Clerk of the Court shall send a copy of this Order together with three summons forms and three copies of Form 285 to Plaintiff for service of process.

3. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from Plaintiff.

Dated this 27th day of August, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge