IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANGELA G. for Graesyn G., | |
|---|---|
| Plaintiff, | 8:20-CV-346 |
| vs. | |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The guardian ad litem's motion for reimbursement from the Federal Practice Fund (filing 34) is granted.

2. The Clerk of the Court shall pay the guardian ad litem the remaining $980 prescribed by the Federal Practice Fund Plan.

3. The guardian ad litem is discharged with the thanks of the Court.

Dated this 11th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge